UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-00865-DOC (MLGx) | Date | February 1, 2012 |
|---|---|---|---|
| Title | Gerardo Gabayan, et al., v. Dupont Residential Care, Inc., et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | *CS 2/01/2012* |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dennis Rihn | Kevin R. Nowicki |

**Proceedings:**      (In Court)  Settlement Conference

     Pursuant to Local Rule 16-14, the parties met this date for a mandatory settlement conference. The parties reached an agreement on a full and complete settlement of the case. The settlement agreement was placed upon the record in open court. Final settlement documents and a stipulated dismissal shall be submitted within 14 days of this date.


     *The Court orders the audio recording sealed.*

|  | 3 | : | 02 |
|---|---|---|---|
| Initials of Clerk | ts | | |