1  DENNIS W. RIHN, ESQ. (SBN 126233)
   ATTORNEY AT LAW
2  215 N. Marengo Avenue, Suite 376
   Pasadena, CA 91101
3  Telephone: (818) 265-0525
   Facsimile : (626) 396-1555
4  E-mail: D.Rihn@Att.Net

5  Attorneys for Plaintiffs Gerardo Gabayan
   and Elva Gabayan

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GABAYAN ans ELVA GABAYAN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DUPONT RESIDENTIAL CARE, INC. and JACQUELINE DUPONT,<br><br>　　　　　　Defendants. | CASE NO. SACV 11-00865 DOC (MLGx)<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION SUBJECT TO THE COURT'S RETENTION OF JURISDICTION<br><br>COURTROOM: 9D<br><br>JUDGE: THE HONORABLE DAVID O. CARTER] |

-1-
Stipulation For Dismissal of Entire Action Subject to Court's Retention of Jurisdiction

## STIPULATION

### A. Recitals

Whereas, on February 1, 2012, the parties attended a settlement conference before the Honorable Marc L. Goldman, Magistrate Judge; and

Whereas, on February 1, 2012, on the record, the parties entered into a confidential settlement agreement which provides for the dismissal of this action subject to the Court's retention of jurisdiction if needed to enforce the terms of the settlement agreement;

### B. Stipulation

NOW THEREFOR, IT IS AGREED AND STIPULATED AS FOLLOWS:

The parties jointly request that this action be dismissed with prejudice subject to the Court's retention of jurisdiction if needed to enforce the terms of the confidential agreement placed on the record on February 1, 2012.

Dated: February 15, 2012

LAW OFFICE OF DENNIS W. RIHN

By: _____

BY: DENNIS W. RIHN, ATTORNEY FOR PLAINTIFFS GERARDO GABAYAN AND ELVA GABAYAN PLAINTIFFS

Date: February 14, 2012

GORDEE, NOWICKI & AUGUSTINI LLP

By: _____

KEVIN R. NOWICKI, ESQ., ATTORNEY FOR DEFENDANTS DUPONT RESIDENTIAL CARE, INC. AND JACQUELINE DUPONT